# Order

Michigan Supreme Court
Lansing, Michigan

November 29, 2007

134300

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

PHILLIP JERRY POWELL,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134300
COA: 275633
Macomb CC: 01-000827-FC

On order of the Court, the application for leave to appeal the June 4, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

Clerk

t1119